IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERVIN MINCEY,

    Petitioner,

vs.

CIVIL ACTION NO. 605-031-02

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

The Court has conducted a de novo of the record in this case in which the Magistrate Judge has entered a Report and Recommendation. The petitioner has filed no objections to the Report and Recommendation.

**ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The petitioner's motion to vacate his sentence is **DENIED.** The Clerk is hereby directed to enter the appropriate judgment and this case is closed.

**SO ORDERED** this 12 day of October, 2010.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia